In the Matter of GERARD WUTTKE, Respondent, against CORNE-
LIUS O'CONNOR, as Manager of the Building Department of
the Town of North Hempstead, Nassau County, Appellant.

Argued October 14, 1953; decided January 8, 1954.

*Bertram B. Daiker* and *James L. Dowsey, Jr.,* for appellant. *Louis G. Hart, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CALMAN COOPER, HARRY A. STEIN and NATHAN WISSNER, Appellants.

Submitted January 6, 1954; decided January 12, 1954.

Motion for reargument granted. Case set down for reargument during the last week of the present session. Execution of judgment stayed pursuant to section 528-a of the Code of Criminal Procedure. [See 303 N. Y. 856; 306 N. Y. 675.]